IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO.: 5:20-CV-00370-D

COLORADO BANKERS LIFE              )
INSURANCE COMPANY,                 )
                                   )
            Plaintiff,             )
                                   )     **ORDER GRANTING CONSENT**
       v.                          )     **MOTION TO STAY DISPOSITIVE**
                                   )     **MOTIONS DEADLINE**
JACKSON ASSET MANAGEMENT,          )
LLC,                               )
                                   )
            Defendant.             )

The Court has considered the Plaintiff's Consent Motion to Stay the Dispositive Motions

Deadline, and for good cause shown,

IT IS HEREBY ORDERED THAT the Consent Motion to Stay the Dispositive Motions

Deadline is GRANTED. The deadline for the parties to file potentially dispositive motions is

hereby stayed until after such time as the Court rules on Plaintiff's anticipated motion for leave to

amend the Complaint ("Motion to Amend"), with that deadline to be set after the Court's ruling

on that Motion to Amend. Additionally, the Court approves the parties' proposed briefing

schedule for the Motion to Amend, so that Plaintiff shall file its Motion to Amend by December

15, 2022, Defendant shall file any response in opposition by February 15, 2023, and Plaintiff files

any reply to matters initially raised in the response by March 8, 2023.

SO ORDERED. This  19  day of October, 2022.

                                        _____
                                        JAMES C. DEVER III
                                        United States District Judge